**1006**

No. 1204. WARREN v. WATERVILLE URBAN RENEWAL AUTHORITY. Sup. Jud. Ct. Maine. Certiorari denied. *Albert Raymond Rogers* for petitioner. *Philip S. Bird* for respondent.

No. 982, Misc. HAYES v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Sanford Jay Rosen* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1042, Misc. PRINCIPE v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1050, Misc. CROSSLIN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Michael Traynor* for petitioner.

No. 1060, Misc. FLEET v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1090, Misc. JASKO v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1129, Misc. JEBB v. KROPP, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondents.

No. 1094, Misc. HACKER v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1156, Misc. CRAWFORD v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.